15 A.3d 18

JOHN SEALS AND JULIA SEALS, HIS SPOUSE, PLAINTIFFS–RESPONDENTS, v. COUNTY OF MORRIS, DEFENDANT–MOVANT. AND TOWNSHIP OF WASHINGTON, ET AL., DEFENDANT, v. JERSEY CENTRAL POWER & LIGHT, FIRST ENERGY CORPORATION, DEFENDANTS–RESPONDENTS, AND ANOTHER RELATED MATTER.

March 16, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.

15 A.3d 18

CITY OF WILDWOOD, PLAINTIFF–RESPONDENT, v. GARY DEMARZO, DEFENDANT–APPELLANT.

March 24, 2011.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.